ALBERTA MAY ASTLE *v.* ROBERT W. ASTLE, JR.

The defendant's motion to strike the plaintiff's appeal from the Superior Court in Fairfield County is denied.

*Abraham I. Gordon,* in support of the motion.

Submitted March 24—decided April 5, 1977

STATE OF CONNECTICUT *v.* RALPH E. CAFRO

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Vincent F. Sabatini,* in support of the petition.

*Guy W. Wolf III,* in opposition.

Submitted March 25—decided April 5, 1977

COMMISSION ON SPECIAL REVENUE ET AL. *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The motion by J. Warren Upson for permission to argue and to file a brief as amicus curiae in the appeal from the Court of Common Pleas in Hartford County is granted to the extent that permission to file a brief as amicus curiae is granted, the brief to be filed on or before April 19, 1977.

*J. Warren Upson,* in support of the motion.

Submitted March 29—decided April 5, 1977

GIANNINO CAVALLI ET AL. *v.* WALTER McMAHON ET AL.

The plaintiffs' motion for permission to file typewritten briefs in the appeal from the Superior Court in Fairfield County is denied.

*George R. Bisacca,* in support of the motion.